# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA DANIEL, | : | Case No. 1:14-cv-775 |
|    Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
|    Defendant. | : | |


## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on February 12, 2018, submitted a Report and Recommendation. (Doc. 21). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety. Accordingly:

1. Plaintiff's motion for an award of attorney's fees (Doc. 19) is **GRANTED**; and

2. Plaintiff's counsel is awarded an additional attorney's fee in the amount of $3,258.95, representing a total contingency fee award of $11,448.95 less the offset of the previously paid Equal Access for Justice Act fee of $8,190.00.

**IT IS SO ORDERED.**

Date: 5/25/18

*Timothy S. Black*
Timothy S. Black
United States District Judge